# NO. 12-09-00008-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *LAURA E WASHBURN,*<br>*APPELLANT* | *§* | *APPEAL FROM THE 307TH* |
| *V.* | *§* | *JUDICIAL DISTRICT COURT OF* |
| *CHAD N. WASHBURN,*<br>*APPELLEE* | *§* | *GREGG COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed a motion to dismiss this appeal because the parties have entered into a mediated settlement agreement. Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.

Opinion delivered January 21, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)